# IN THE SUPREME COURT OF THE STATE OF NEVADA

AHMOUD JAMAL BELTON,
    Appellant,
 vs.
THE STATE OF NEVADA,
    Respondent.

No. 81408

**FILED**

JUL 0 9 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
  DEPUTY CLERK

## ORDER DISMISSING APPEAL

   This is a pro se appeal from a district court order denying a pretrial motion to vacate detention order and release defendant from custody.[1] Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

   Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

   ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

---

[1]Appellant's jury trial is scheduled for November 9, 2020.

20-25294

cc: Hon. Michelle Leavitt, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk